IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMANDA SCIOLLA, et al., | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiffs, | : | NO. 11-5604 |
| v. | : | |
| WEST BEND MUTUAL INSURANCE CO., | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW** this **21st** day of **November, 2012,** for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 9) is **DENIED.**

2. Plaintiffs' Cross-Motion for Summary Judgment (ECF No. 10) is **DENIED.**

3. Defendant's Motion for Leave to File a Reply (ECF No. 11) is **GRANTED.**[1]

**AND IT IS SO ORDERED.**

                                                **/s/ EDUARDO C. ROBRENO**
                                                **EDUARDO C. ROBRENO, J.**

---

[1] The Court reviewed and considered Defendant's reply brief and Plaintiffs' response thereto in its disposition of the parties' motions.