```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AMANDA SCIOLLA, et al., | : | CIVIL ACTION |
| | : | NO. 11-5604 |
|     Plaintiffs, | : | |
| | : | |
|        v. | : | |
| | : | |
| WEST BEND MUTUAL INSURANCE CO., | : | |
| | : | |
|     Defendant. | : | |

### O R D E R

**AND NOW**, this **18th** day of **December, 2013**, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

      (1)   Defendant's Motion for Summary Judgment (ECF No. 30) is **DENIED**;

      (2)   Plaintiff's Motion for Summary Judgment (ECF No. 31) is **GRANTED**; and

      (3)   Defendant has a duty to defend Buckeye Donkey Ball L.L.C. ("Buckeye") in the underlying matter of <u>Hopkins, et al. v. Buckeye Donkey Ball L.L.C.</u>, No. 11-377, and, if liability is established, to indemnify Buckeye.

      **AND IT IS SO ORDERED.**

                                  /s/ Eduardo C. Robreno
                                  **EDUARDO C. ROBRENO,    J.**