IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA SCIOLLA, et al., | : | CIVIL ACTION |
| | : | NO. 11-5604 |
|     Plaintiffs, | : | |
| | : | |
|        v. | : | |
| | : | |
| WEST BEND MUTUAL INSURANCE CO., | : | |
| | : | |
|     Defendant. | : | |

**O R D E R**

**AND NOW**, this **18th** day of **December, 2013,** for the reasons
stated in the accompanying Memorandum Opinion, it is hereby **ORDERED**
as follows:

(1)  Defendant's Motion for Summary Judgment (ECF No. 30)
is **DENIED**;

(2)  Plaintiff's Motion for Summary Judgment (ECF No. 31)
is **GRANTED**; and

(3)  Defendant has a duty to defend Buckeye Donkey Ball
L.L.C. ("Buckeye") in the underlying matter of Hopkins, et al. v.
Buckeye Donkey Ball L.L.C., No. 11-377, and, if liability is
established, to indemnify Buckeye.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**